# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

AL and PO Corporation

                              Plaintiff,

v.                                                              Case No.: 1:14−cv−01905
                                                             Honorable Rebecca R. Pallmeyer

American Healthcare Capital, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 13, 2015:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held. Plaintiff reports that parties have settled this case on an individual basis. Status hearing set for 9/21/15 is stricken and re−set to 9/3/15 at 9:00 a.m. If appropriate settlement documents are submitted prior to that date, no personal appearance will be required. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.