# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

AL and PO Corporation

                        Plaintiff,

v.                                                       Case No.: 1:14–cv–01905

                                                                           Honorable Rebecca R. Pallmeyer

American Healthcare Capital, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 21, 2015:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to Stipulation, Plaintiff's individual claims are dismissed with prejudice and the Class' claims are dismissed without prejudice. Status hearing set for 9/3/2015 is stricken. Plaintiff's motion to certify class and motion for leave to amend complaint [51, 65] are stricken as moot. Civil case terminated. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.